**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Mario TORRES–CAMPOS,**
**Defendant–Appellant.**

**No. 12–13901**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 19, 2013.

Michelle Thresher Taylor, Robert E. O'Neill, U.S. Attorney's Office, Tampa, FL, Richard Alan Jamadar, Orlando, FL, Philip R. Lammens, U.S. Attorney's Office–FLM, Ocala, FL, for Plaintiff–Appellee.

Joseph Michael McGuinness, The McGuinness Law Firm, Elizabethtown, NC, Mario Torres–Campos, FCI Bennettsville–Inmate Legal Mail, Bennettsville, SC, for Defendant–Appellant.

---

Before MARCUS, PRYOR and KRAVITCH, Circuit Judges.

PER CURIAM:

Joseph Michael McGuinness, appointed counsel for Mario Torres–Campos in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Torres–Campos's conviction and sentence are **AFFIRMED.**